FILED
United States Court of Appeals
Tenth Circuit

May 5, 2021

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOAL WILLIAM GOODWIN,

    Defendant - Appellant.

No. 21-3029
(D.C. No. 6:10-CR-10083-EFM-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

    Appellant Joal William Goodwin filed a pro se motion and a counseled amended

motion for a reduced sentence under 18 U.S.C. § 3582(c)(1)(A), which the district court

denied. Goodwin appealed, and the parties now jointly move for summary disposition

and remand to the district court, stating that: (1) "the district court's holding that it could

not consider the fact that Mr. Goodwin would no longer be subject to the enhanced career

offender sentencing scheme as an extraordinary and compelling reason for a reduction

under § 3582(c)(1)(A) conflicts with [*United States v. Maumau*, No. 20-4056, 2021 WL

1217855 (10th Cir. Apr. 1, 2021) and *United States v. McGee*, No. 20-5047, 2021 WL

1168980 (10th Cir. Mar. 29, 2021)]" and (2) "it remains for the district court to decide

---

    [*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

whether that sentencing change, plus Mr. Goodwin's 'unique circumstances,' constitute extraordinary and compelling reasons for a § 3582(c)(1)(A) reduction." Accordingly, the parties ask this court to "vacate the district court's order and remand for further proceedings consistent with *McGee* and *Maumau*."

Upon consideration, the court grants the parties' *Joint Motion for Summary Disposition*, vacates the district court's January 12, 2021 order denying a sentence reduction under 18 U.S.C. § 3582(c)(1)(A), and remands for further proceedings consistent with *McGee* and *Maumau*.

The Clerk is directed to issue the mandate forthwith.

Entered for the Court
Per Curiam